No. 21-1418

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Mar 14, 2023
DEBORAH S. HUNT, Clerk

ORDER

UNITED STATES OF AMERICA,

    Plaintiff-Appellant,

v.

ERVIN JUNIUS THORNTON, II,

    Defendant-Appellee.

Before:  SILER, GIBBONS, and STRANCH, Circuit Judges.

Upon consideration of the parties' motions, Appellee's Motion for Extension of Time to File a Petition for Panel Rehearing or Rehearing En Banc is **DENIED**.  Judge Stranch is inclined to grant Appellee's motion.  Appellant's Motion to Expedite the Mandate is **GRANTED**.  Accordingly, the mandate shall issue forthwith.  In accordance with this order and the court's decision issued on March 1, 2023, Defendant Ervin Junius Thornton, II is **REMANDED** to the custody of the United States Marshals Service.

It is so **ORDERED**.

**ENTERED BY ORDER OF THE COURT**

Issued: March 14, 2023

Deborah S. Hunt, Clerk